UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                    3- MDL-1570 (GBD)(SN)

    TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001

-------------------------------------------------------------X

| | |
|---|---|
| Leonard Balestrieri | |
| Andrew Banahan | 1:18-cv-11874 (GBD)(SN) |
| Michael Banks | |
| Joseph Barbera | **SAUDI ARABIA SHORT FORM** |
| Gloribel Barchenko | **COMPLAINT AND DEMAND** |
| Stalin F. Barcco-Wong | **FOR TRIAL BY JURY** |
| Andrew Bardell | |
| Claude Barnaby | |
| Raymond J. Barnes | |
| Andrew Barone | |
| Jackson Barrett | |
| Andre Barry | |
| Dean Bartelucci Sr. | |
| Richard Bastidas | |
| Frank Batista | |
| Michael Baudille | |
| Henry Bazan | |
| Christopher S. Bedard | |
| Sime Begonja | |
| Charles Omar Bell | |
| Nancy Bellingeri | |
| Jose Beltran | |
| Richard Benn | |
| Scott Benoit | |
| John Berchini | |
| Steven Berger | |
| Benjamin Berman | |
| Luis Bermeo | |

Julio C. Bernal

Eric Berrios

Jorge Berrones

Thomas Bertolini Jr.

Nora Betancourt

Richard Bevers

Joseph Bevilacqua

Jeffrey Bickart

Walter P. Bieber

Roy Biederman

Ryszard Biernacki

Gerard Bilbao

Theresa Bishop

Roslyn Blackwell

Leon Blackwell

Andre Blain

Alex Blanc

Richard Blum Jr.

Jay Bomser

Denise Bonaventura

Dennis Bond

Marcelo Bonilla

Felix Bonilla

Paul Booth

Angela Bordies

Victor Borg

Eileen R. Borrero

Peter D. Bosco

Brian M. Bourke

Thomas Bourne

Michael A. Bove

Leon George Bovell

Ernest Bowman

Michael Bowry

George Harvard Boykin III

Hugh Bradshaw

Robert Brady

Silvano Brajuha

Gail P. Brassil

Jennifer Brauer

John K. Breen

Louis Briendel

John Brindisi

Denis Broderick

Aleksandr Brodskiy

John C. Brooks

George Brosnan

Charles Brown

George Brown

Lisa  Brown

Lisa D. Brown

Sharon S. Brown

Trevor Brown

Slawomir Brulinski

Diana Brunell

Hector Bruno

James Bruno

Raymond R. Bruno

James Bruzza

Carolyn Bryson

Warren Bub

Gerald Buchanan

Dirk Bulson

Naïve Bunay

Julius Burger

Fernando Burgos

Lester L. Burgos

Jason Burgos

Mayra Burgos

Burns Paul

Burns Kevin G.
Burns Terry L.

**PLAINTIFFS,**

**V.**

**KINGDOM OF SAUDI ARABIA**
**DEFENDANT**
-----------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF N. 4540. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

**VENUE**

1.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

**JURISDICTION**

4

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

[X] 28. U.S.C. § 1605(a)(5) (non-commercial tort exception)

[X] 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

[X] 28 U.S.C. § 1330 (actions against foreign states)

[ ] Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

_____

_____

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

 [X] **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**

  [X] COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

  [X] COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

  [X] COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

[ ]     COUNT IV – Wrongful Death.

[X]     COUNT VI – Alien Tort Claims Act.

[X]     COUNT VII – Assault and Battery.

[X]     COUNT VIII – Conspiracy.

[X]     COUNT IX – Aiding and Abetting.

[X]     COUNT X – Intentional Infliction of Emotional Distress.

[X]     COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

[X]     COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

[X]     COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

[X]     COUNT XV – Trespass.

[X]     COUNT XVI – Violations of International Law.

[ ]  **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

[ ]     First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ]     First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ]     Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

[ ]     Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

[ ]     Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

[ ]     Third Cause of Action for Personal Injury Damages Pursuant to the Alien

    Tort Claims Act

[ ] Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia:

_____

_____

_____

.

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

  a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

  b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

  c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

  d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

  e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged

      in Appendix 1.

   f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The Defendants named in this Saudi Arabia Short Form Complaint are the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: 12/17/2018

                Respectfully Submitted on behalf of the Plaintiffs,

                By: Kevin S. Wang, Esq.
                The Marc J. Bern & Partners, LLP
                60 East 42nd Street, Suite 932
                New York, NY 10165
                Tel: 212-552-9205
                Fax: 212-227-4141
                Email: kwang@bernllp.com
                Counsel for Plaintiff(s)

Defendant:
**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, L.L.C.
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel: 202-326-7900